```
PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:  510/832-4787
info@reincleftonlaw.com
```

Attorneys for Plaintiff
SIMONE BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONE BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>BRINKER RESTAURANT CORPORATION,<br><br>  Defendant. | CASE NO. 2:23-cv-00187-DJC-KJN<br>Civil Rights<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiff SIMONE BROWN and Defendant BRINKER RESTAURANT CORPORATION – Plaintiff and Defendant together the "Parties" –by and through their respective counsel, hereby stipulate and request, pursuant to FRCP Rule 41(a), that the Court order that all of Plaintiff's claims in this action be dismissed with prejudice.

Date: June 15, 2023              REIN & CLEFTON

                                       */s/ Aaron M. Clefton*
                               By AARON M. CLEFTON, Esq.
                               Attorney for Plaintiff
                               SIMONE BROWN

STIP FOR DISMISSAL
CASE NO. 2:23-cv-00187-DJC-KJN

| | |
|---|---|
| Date: June 15, 2023 | JACKSON LEWIS P.C. |

    */s/ Dylan C. Marques*
By:  DYLAN C. MARQUES, ESQ.
Attorneys for Defendant
BRINKER RESTAURANT CORPORATION

**ORDER**

Pursuant to stipulation of the parties, and for good cause shown, all of the pending claims in this action are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated:  June 20, 2023          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

STIP FOR DISMISSAL
CASE NO. 3:22-cv-04967-WHO